```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RIGOBERTO EMMANUEL FERNANDEZ ESTEVEZ,                              :
individually and on behalf of others similarly situated,           :
                                                                   :
                              Plaintiff,                           :   22-cv-7376 (LJL)
                                                                   :
        -v-                                                        :   ORDER
                                                                   :
KINGS FINEST DELI INC. ET AL,                                      :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Counsel for plaintiff Rigoberto Emmanuel Fernandez Estevez ("Plaintiff") has written to the Court indicating that the parties have reached a settlement agreement and requesting that the Court grant an adjournment of all upcoming conferences and hearings. The Court will hold a telephonic hearing to address the request tomorrow, September 13, 2023, at 10:00 AM. Counsel for Plaintiff and Defendants must both attend and be prepared to confirm on the record their agreement to all material terms of the settlement. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court will also address Mr. Greenberg's motion to withdraw.

SO ORDERED.

Dated: September 12, 2023
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge